## CASE ANNOUNCEMENTS

*November 21, 2013*

[Cite as *11/21/2013 Case Announcements*, 2013-Ohio-5115.]

## MOTION AND PROCEDURAL RULINGS

**In re Catudal.**

On September 11, 2013, this court prohibited Chance Catudal from continuing or instituting any affidavit-of-disqualification proceedings relating to *Catudal v. Catudal*, case No. 00DR–004934, without first obtaining leave. On November 12, 2013, Catudal presented a motion for leave to file an affidavit of disqualification.

It is ordered that the motion for leave is denied.